Argued October 18, 1954. This case is ordered restored to the docket for reargument before a full bench. Counsel are requested to argue both the merits and the jurisdiction of this Court. *Emanuel Redfield* for petitioner. *J. Raymond Hannon* and *John Preston Phillips* for respondents. *Seymour B. Quel, Daniel T. Scannell* and *Helen R. Cassidy* filed a brief for the City of New York on behalf of the Board of Education, as *amicus curiae*, urging affirmance.

No. 368. MARCELLE *v.* ESTATE OF LUPIA ET AL. C. A. 2d Cir. Certiorari granted. *Solicitor General Sobeloff* for petitioner. *Leon London* filed a waiver of the right to file a brief in opposition for respondents.

No. 374. SHAUGHNESSY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION, *v.* PEDREIRO. C. A. 2d Cir. Certiorari granted. *Solicitor General Sobeloff* for petitioner.

No. 376. PETERS *v.* HOBBY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Thurman Arnold, Abe Fortas, Paul A. Porter* and *Milton V. Freeman* for petitioner. *Solicitor General Sobeloff* for respondents.

No. 308. BITTERLING *v.* MAPLE ISLAND FARM, INC. C. A. 8th Cir. Certiorari denied. *Warren E. Burger, R. J. Faricy* and *R. A. Moore* for petitioner. *M. J. Doherty* and *Pierce Butler* for respondent.